AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| BRENDA JEAN SLOAN,<br>    Plaintiff,<br><br>v.<br><br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>    Defendant. | **JUDGMENT**<br>**CASE NO. 5:12-CV-388-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court ADOPTS the Memorandum and Recommendations [D.E. 32]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 26] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 28] is DENIED, and the action is REMANDED to the Commissioner under sentence 42 U.S.C. § 405(g).

THE ABOVE JUDGMENT WAS ENTERED TODAY, **AUGUST 8, 2013,** WITH A COPY TO:

Cynthia M. Currin (via CM/ECF electronic notification)
Robert K. Crowe (via CM/ECF electronic notification)

| | |
|---|---|
| August 8, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |