UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BRENDA JEAN SLOAN,                        )
                                          )
                Plaintiff,                )
                                          )       **JUDGMENT IN A CIVIL CASE**
        v.                                )
                                          )       **CASE NO. 5:12-CV-388-D**
NANCY A. BERRYHILL, Acting Commissioner   )
of Social Security,                       )
                Defendant.                )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs counsel be awarded fees under 42 U.S.C. §406(b) in the amount of $21,856.50, and refund to Plaintiff the smaller award between this amount and the EAJA award.

**This Judgment Filed and Entered on March 15, 2019, and Copies To:**
Cynthia M. Currin                         (via CM/ECF electronic notification)
Kaba-Kabi A. Kazadi                       (via CM/ECF electronic notification)


DATE:                                     PETER A. MOORE, JR., CLERK
March 15, 2019                            (By)  /s/ Nicole Sellers
                                           Deputy Clerk